**Order entered November 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01548-CV

## IN RE PETER ZUCCARELLI, Relator

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-03218-2013**

## ORDER

Before Justices FitzGerald, Lang, and Myers

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/     DOUGLAS S. LANG
JUSTICE